IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PILOTS ASSOCIATION,<br>14600 Trinity Boulevard<br>Fort Worth, TX 76155<br><br>              Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, Inc.<br>4333 Amon Carter Boulevard<br>Fort Worth, TX 76155<br>              Defendant. | Case No. _____ |

## COMPLAINT FOR EXPEDITED DECLARATORY RELIEF

The Allied Pilots Association ("APA"), the certified collective bargaining representative of pilots employed by defendant American Airlines, Inc. ("American" or the "Company"), brings this Complaint for a declaratory judgment pursuant to 28 U.S.C. § 2801. APA seeks a declaration that, under the Railway Labor Act, 45 U.S.C. §§ 151-188 ("RLA"), (1) APA's advising pilots of their right to refuse voluntary overtime, and the pilots choosing to accept or reject such advice, is part of the "status quo" between the parties, and (2) that APA may advise pilots of these options, and the pilots may exercise these options, in order to mitigate furloughs and avoid the recently announced and imminent furlough of some 200 pilots.

### JURISDICTION AND VENUE

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1337 because it arises under the RLA, a federal statute affecting interstate commerce.

2. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b) and (c), because American does business in this judicial district and is subject to personal jurisdiction in this district.

## THE PARTIES

3. Plaintiff APA is an unincorporated association and labor union which has been certified by the National Mediation Board as the collective bargaining representative of airline pilots employed by defendant American and is therefore a "representative" under the RLA. 45 U.S.C. § 151, Sixth. The APA's headquarters are located in Fort Worth, Texas. APA does business in and has substantial contacts with the District of Columbia.

4. Defendant American is a Delaware corporation and a "common carrier by air engaged in interstate and foreign commerce" within the meaning of the RLA. 45 U.S.C. § 181. American's headquarters are located in Fort Worth, Texas. American does substantial business in and has offices in the District of Columbia.

## GENERAL ALLEGATIONS

5. Over the years and pursuant to the RLA, the APA and American have entered into a series of amendments to the basic collective bargaining agreement, commonly known as the "Green Book," which provides the terms and conditions of employment for pilots at American. The most recent Green Book contains amendments that went into effect on May 1, 2003.

6. The May 1, 2003 Green Book has an amendable date of May 1, 2008; however, the Agreement contained an "Early Opener" provision that permitted either party to force a new round of RLA negotiations at any time after May 1, 2006 upon 60 days advance notice. American served its statutory notice pursuant to Section 6 of the RLA, 45 U.S.C. § 156 (so-

called "Section 6 Notice"), on July 21, 2006. The parties have, accordingly, been in formal contract negotiations for nearly two years. The parties have also been in mediation before the National Mediation Board since April 14, 2008 pursuant to Section 5, First, of the RLA, 45 U.S.C. § 155, First.

7.  The RLA contains one implicit and three explicit status quo provisions. In addition to the implicit status quo provision in § 2. First, "to exert every reasonable effort" to settle disputes without interruption to interstate commerce," 45 U.S.C. § 152 First, Section 6 provides "that rates of pay, rules, or working conditions shall not be altered" during the period between the notice of change until the parties are "released" either through the expiration of negotiations as defined in Section 6. 45 U.S.C. § 156. Section 5, First, provides that for 30 days following the conclusion of NMB proceedings "no change shall be made in the rates of pay, rules, or working conditions or established practices in effect prior to the time the dispute arose." 45 U.S.C. § 155, First. If the parties agree to submit the dispute to binding interest arbitration, the resort to self-help is moot. If a Presidential Emergency Board ("PEB") is created, Section 10 continues that the status quo is maintained for 30 days after the PEB has made its report to the President. 45 U.S.C. § 160.

8.  Because the parties are in Section 6 negotiations under the auspices of the National Mediation Board, they are subject to two explicit status quo requirements in addition to the implicit status quo requirement of Section 2, First.

9.  In the past, and over extended periods of time, APA has asked pilots to consider not bidding on voluntary overtime in order to mitigate furloughs and in response to violations of the status quo by American with the knowledge and acquiescence of American.

10. In the case of furloughs, the pilots, acting upon the advice of APA, declined voluntary overtime for extended periods of time, with the knowledge and acquiescence of American, in order to share the pain, lessen the need for further furloughs and hasten the recall of already furloughed pilots.

11. This past practice of APA's advising the pilots of their right to refuse voluntary overtime, and of the pilots acting upon (or refusing to act upon) such advice, is part of the "status quo" under the RLA's status quo between the parties.

12. APA seeks the right to advise the pilots of such rights, and the pilots' right to act upon such advice, without violating the RLA.

13. American has announced that it intends to furlough up to 200 pilots beginning in October 2008 as part of a cost savings measure.

## FIRST CAUSE OF ACTION

### DECLARATION THAT RIGHT TO REFUSE VOLUNTARY OVERTIME UNDER THE GREEN BOOK IS PART OF THE RLA STATUS QUO

14. The APA realleges and incorporates by reference the allegations set forth in Paragraphs 1-13 of this Complaint as if fully restated herein.

15. APA seeks to obtain a declaration that the past practice of APA's advising pilots of their right to refuse voluntary overtime, and the pilots' right to reject or to bid for such overtime, is part of the RLA "status quo" between the parties.

## SECOND CAUSE OF ACTION

### DECLARATION THAT APA MAY LAWFULLY ADVISE PILOTS OF THEIR RIGHT TO REFUSE VOLUNTARY OVERTIME UNDER THE GREEN BOOK AND PILOTS MAY ACT UPON THAT ADVICE IN ORDER TO MITIGATE FURLOUGHS

16. The APA realleges and incorporates by reference the allegations set forth in Paragraphs 1-15 of this Complaint as if fully restated herein.

17. APA desires to advise the pilots of their right to not bid for voluntary overtime under the Green Book in order to mitigate furloughs and avoid the impending furloughs without violating the Railway Labor Act. APA thereby intends to avoid being subjected to legal action by American and the imposition of any discipline on the pilots for attempting to share the pain and mitigate the furloughs.

**WHEREFORE**, Plaintiff prays that this Court:

1. Grant judgment in favor of APA and declare that:

   (a) APA's advising pilots of their right to refuse voluntary overtime, and the pilots of American acting on or ignoring such a choice, is part of the RLA "status quo" between the parties, and

   (b) APA may advise pilots of their right to refuse voluntary overtime under the Green Book in order to mitigate furloughs and avoid the impending furlough on October 1, 2008, and pilots may accept or reject this option, without violating the RLA.

2. Award the APA the costs it incurs in pursuing this case, including its attorneys fees; and

3. Award such other relief as the Court deems just and proper.

Respectfully submitted,

Date: 8/1/2008

Edgar N. James
D.C. Bar Number 333013
Darin M. Dalmat

        D.C. Bar Number 978922
        James & Hoffman, P.C.
        1101 17th Street, N.W., Suite 510
        Washington, D.C. 20036
        (202) 496-0500

        Attorneys for Allied Pilots Association

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

ALLIED PILOTS ASSOCIATION
14600 Trinity Boulevard
Fort Worth, TX 76155

88888

## DEFENDANTS

AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Fort Worth, TX 76155

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Edgar N. James
Darin M. Dalmat
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036-4748
202-496-0500

Case: 1:08-cv-01335
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/1/2008
Description: Labor-ERISA

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
⊙ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)  OR  ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(1)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ⊙ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☒ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. §§ 1331, 1337 for violation of status quo requirements of the Railway Labor Act, 45 U.S.C. § 21-188.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE August 1, 2008  SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.