AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  August 5, 2008 |
| NAME OF SERVER *(PRINT)*  Edgar N. James | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

    G   Served personally upon the defendant. Place where served: _____

    G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G   Returned unexecuted: _____

    ☒   Other (specify):  See attached Exhibit 1.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 6, 2008         /s/EDGAR N. JAMES
                    Date                        *Signature of Server*

                                                  James & Hoffman, P.C.
                                                  1101 17th Street, NW, Ste. 510
                                                  Washington, D.C.  20036
                                                  *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| From: | Edgar N. James [ejames@jamhoff.com] |
| Sent: | Tuesday, August 05, 2008 12:22 PM |
| To: | 'Leigh B. Heylin' |
| Subject: | FW: Summons and Procedural Documents |

save in file

**From:** Harry A. Rissetto [mailto:hrissetto@morganlewis.com]
**Sent:** Tuesday, August 05, 2008 12:16 PM
**To:** Edgar N. JAMES
**Subject:** Re: Summons and Procedural Documents

```
Fine on the return of service. Harry
```

```
----- Original Message -----
From: "Edgar N. James" [ejames@jamhoff.com]
Sent: 08/04/2008 11:58 AM AST
To: Harry Rissetto
Cc: 'Leigh B. Heylin'" <lbheylin@jamhoff.com>
Subject: Summons and Procedural Documents
```

## We will file a return of service indicating that you accepted service of process.

**From:** Leigh B. Heylin [mailto:lbheylin@jamhoff.com]
**Sent:** Monday, August 04, 2008 11:49 AM
**To:** 'Edgar James'
**Subject:**

Furlough 2008 case docs attached.

Leigh B. Heylin
Legal Administrative Assistant
James & Hoffman, P.C.
1101 17th St., NW, Suite 510
Washington, DC 20036
ph: 202-496-0500
fax: 202-496-0555
www.jamhoff.com

Confidentiality Notice: This email is not encrypted. However, the email is confidential and may be privileged, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies received and notify the sender or the receptionist of James & Hoffman, P.C. immediately at (202)496-0500.

```
DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential. If you are not an intended recipient,
you may not review, copy or distribute this message. If
```

EXHIBIT 1

```
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.
```