IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PILOTS ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | **APPEARANCE** |
| ) | |
| v. ) | Case No. 1:08-cv-01335-RMC |
| ) | |
| AMERICAN AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Thomas E. Reinert, Jr of Morgan, Lewis & Bockius LLP as counsel for American Airlines, Inc. in this case.

Dated: August 7, 2008                    Respectfully submitted,

/s/ Thomas E. Reinert, Jr.
Thomas E. Reinert, Jr. (D.C. Bar # 336867)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, DC  20004
(202) 739-5084
Fax: (202) 739-3001
Email: treinert@morganlewis.com

Counsel for Defendant
AMERICAN AIRLINES, INC.