IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PILOTS ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | **APPEARANCE** |
| ) | |
| v. ) | Case No. 1:08-cv-01335-RMC |
| ) | |
| AMERICAN AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Jonathan C. Fritts of Morgan, Lewis & Bockius LLP as counsel for American Airlines, Inc. in this case.

Dated: August 7, 2008                    Respectfully submitted,

                                            /s/ Jonathan C. Fritts
                                            Jonathan C. Fritts (D.C. Bar # 464011)
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1111 Pennsylvania Ave., N.W.
                                            Washington, DC  20004
                                            (202) 739-5867
                                            Fax: (202) 739-3001
                                            Email: jfritts@morganlewis.com

                                            Counsel for Defendant
                                            AMERICAN AIRLINES, INC.

DB1/62041071.1