AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ALLIED PILOTS ASSOCIATION
14600 Trinity Boulevard
Fort Worth, TX 76155

**SUMMONS IN A CIVIL CASE**

V.

AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Fort Worth, TX 76155

Case: 1:08-cv-01335
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/1/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

American Airlines, Inc.
4333 Amon Carter Boulevard
Fort Worth, TX 76155

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edgar N. James
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

AUG - 1 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  August 5, 2008 |
| NAME OF SERVER (PRINT)  Edgar N. James | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant.  Place where served: _____

_____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
       discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

_____

G    Other (specify):  See attached Exhibit 1. _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 6, 2008          /s/EDGAR N. JAMES
_____        _____
          Date                                    *Signature of Server*

                                        James & Hoffman, P.C.
                                        1101 17th Street, NW, Ste. 510
                                        Washington, D.C.  20036
                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

file:///G://Administration/.../%20Ri... %20litigation/H.%20Ri...

| | |
|---|---|
| **From:** | Edgar N. James [ejames@jamhoff.com] |
| **Sent:** | Tuesday, August 05, 2008 12:22 PM |
| **To:** | 'Leigh B. Heylin' |
| **Subject:** | FW: Summons and Procedural Documents |

save in file

---

**From:** Harry A. Rissetto [mailto:hrissetto@morganlewis.com]
**Sent:** Tuesday, August 05, 2008 12:16 PM
**To:** Edgar N. JAMES
**Subject:** Re: Summons and Procedural Documents


```
Fine on the return of service. Harry
```

---

```
    ----- Original Message -----
    From: "Edgar N. James" [ejames@jamhoff.com]
    Sent: 08/04/2008 11:58 AM AST
    To: Harry Rissetto
    Cc: 'Leigh B. Heylin'" <lbheylin@jamhoff.com>
    Subject: Summons and Procedural Documents
```


We will file a return of service indicating that you accepted service of process.

---

**From:** Leigh B. Heylin [mailto:lbheylin@jamhoff.com]
**Sent:** Monday, August 04, 2008 11:49 AM
**To:** 'Edgar James'
**Subject:**

Furlough 2008 case docs attached.

Leigh B. Heylin
Legal Administrative Assistant
James & Hoffman, P.C.
1101 17th St., NW, Suite 510
Washington, DC 20036
ph: 202-496-0500
fax: 202-496-0555
www.jamhoff.com

Confidentiality Notice: This email is not encrypted. However, the email is confidential and may be privileged, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies received and notify the sender or the receptionist of James & Hoffman, P.C. immediately at (202)496-0500.

```
DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential. If you are not an intended recipient,
you may not review, copy or distribute this message. If
```

EXHIBIT 1

you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.