IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PILOTS ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN AIRLINES, INC., ) <br> ) <br> Defendant. ) <br> ) | **APPEARANCE** <br><br> Case No. 1:08-cv-01335-RMC |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Harry A. Rissetto of Morgan, Lewis & Bockius LLP as counsel for American Airlines, Inc. in this case.

Dated: August 7, 2008

Respectfully submitted,

/s/ Harry A. Rissetto
Harry A. Rissetto (D.C. Bar # 059857)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 739-5130
Fax: (202) 739-3001
Email: hrissetto@morganlewis.com

Counsel for Defendant
AMERICAN AIRLINES, INC.