IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLIED PILOTS ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN AIRLINES, Inc. ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:08-cv-01335-RMC |

## MOTION AND PROPOSED ORDER FOR ADMISSION *PRO HAC VICE*

Comes now EDGAR N. JAMES, member of the bar of the District Court for the District of Columbia, and respectfully sponsors and moves for the admission, *pro hac vice*, in the above-styled matter, of DARIN M. DALMAT, based on the following declaration.

SIGNED this 8th day of August, 2008.

/s/EDGAR N. JAMES
Edgar N. James
D.C. Bar No. 333013
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036-4704
(202) 496-0500
(202) 496-0555 FAX

Local Counsel for
Allied Pilots Association

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLIED PILOTS ASSOCIATION,<br><br>           Plaintiff,<br><br>          v.<br><br>AMERICAN AIRLINES, Inc.<br><br>           Defendant. | Case No. 1:08-cv-01335-RMC |

## DECLARATION IN SUPPORT OF ADMISSION *PRO HAC VICE*

DARIN M. DALMAT, applicant herein, declares as follows:

**I.** My full name is Darin Matthew Dalmat.

**II.** I am an attorney and an associate of the law firm of James & Hoffman, P.C., with offices at 1101 17th Street, N.W., Suite 510, Washington, D.C. 20036-4704, (202) 496-0500, (202) 496-0555 FAX.

**III.** I have been admitted to the Bars of the District of Columbia (May 2008, number 978922) and New York (May 2007, number 4498002).

**IV.** By my signature below, I certify that I have not been disciplined by any bar.

**V.** I have not previously applied for admission *pro hac vice* in this Court, and, therefore, have not been so admitted within the last two years.

**VI.** I practice law in an office located in the District of Columbia and am active member of the District of Columbia Bar, with bar number 978922.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2008.

<u>/s/DARIN M. DALMAT</u>
Darin M. Dalmat
D.C. Bar No. 978922
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036-4704
(202) 496-0500
(202) 496-0555 FAX

Applicant and Counsel for
Allied Pilots Association

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ALLIED PILOTS ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:08-cv-01335-RMC |
| v. | ) ) ) | |
| AMERICAN AIRLINES, Inc. | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

The Court, upon consideration of EDGAR N. JAMES' Motion for Admission *Pro Hoc Vice* of DARIN M. DALMAT in the above-styled matter, orders that the Motion be granted.

_____         _____
DATE                                                              JUDICIAL OFFICER