IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLIED PILOTS ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, Inc.<br><br>    Defendant. | Case No. 1:08-cv-01335-RMC |

**MOTION AND PROPOSED ORDER FOR ADMISSION *PRO HAC VICE***

Comes now EDGAR N. JAMES, member of the bar of this Court, and respectfully sponsors and moves for the admission *pro hac vice* of JEFF VOCKRODT in the above-styled matter, based on the following declaration.

SIGNED this 8th day of August, 2008.

/s/EDGAR N. JAMES
Edgar N. James
D.C. Bar Number 333013
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036-4704
(202) 496-0500
(202) 496-0555 FAX

Counsel for
Allied Pilots Association

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLIED PILOTS ASSOCIATION, )<br>)<br>           Plaintiff, )<br>)<br>   v. )<br>)<br>AMERICAN AIRLINES, Inc. )<br>)<br>           Defendant. )<br>) | Case No. 1:08-cv-01335-RMC |

**DECLARATION IN SUPPORT OF ADMISSION *PRO HAC VICE***

JEFF VOCKRODT, applicant herein, declares as follows:

**I.** My full name is Jeffrey Ryan Vockrodt.

**II.** I am an attorney and an associate of the law firm of James & Hoffman, P.C., with offices at 1101 17th Street, N.W., Suite 510, Washington, D.C. 20036-4704, (202) 496-0500, (202) 496-0555 FAX.

**III.** I have been admitted to the bars of New York (January 2007, number 4466710) and the United States Court of Appeals for the Third Circuit (April 2008).

**IV.** I have not been disciplined by any bar.

**V.** I have not previously applied for admission *pro hac vice* in the United States District Court for the District of Columbia.

**VI.** My application to the bar of the District of Columbia has been accepted for processing, and is currently pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2008.

/s/JEFF VOCKRODT
Jeff Vockrodt
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036-4704
(202) 496-0500
(202) 496-0555 FAX

Applicant and Counsel for
Allied Pilots Association

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ALLIED PILOTS ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:08-cv-01335-RMC |
| v. | ) ) ) | |
| AMERICAN AIRLINES, Inc. | ) ) | |
| Defendant. | ) ) | |

**<u>ORDER</u>**

The Court, upon consideration of EDGAR N. JAMES' Motion for Admission *Pro Hac Vice* of JEFF VOCKRODT in the above-styled matter, orders that the Motion be granted.

_____    _____
DATE                               JUDICIAL OFFICER