Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

**Thomas E. Reinert, Jr.**
Partner
202.739.5084
treinert@MorganLewis.com

August 12, 2008

**BY HAND DELIVERY AND ECF**

Honorable Judge Rosemary M. Collyer
U.S. District Court for the
  District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:   Allied Pilots Association v. American Airlines, 1:08-cv-01335-RMC

Dear Judge Collyer:

Pursuant to the Court's August 8 telephone conference with the parties, Counsel for the Allied Pilots Association ("APA") and Counsel for American Airlines, Inc. ("American") have conferred and propose the following briefing schedule:

| Date | Event |
|---|---|
| August 15, 2008 | American to serve written discovery requests |
| August 29, 2008 | APA to respond to written discovery requests |
| August 29, 2008 | American to serve any declarations it intends to submit in opposition to APA's motion |
| August 29, 2008 | American to serve copies of documents it has identified and intends to submit in opposition to APA's motion, and any requests to authenticate |
| September 8, 2008 | Deposition of Sovich |
| September 9, 2008 | Deposition of Lavoy |
| September 15, 2008 | Deposition of Hill |

DB1/62047721.1

**Morgan Lewis**
COUNSELORS AT LAW

Honorable Judge Rosemary M. Collyer
August 12, 2008
Page 2

| | |
|---|---|
| September 16-17, 2008 | Deposition of any American declarants |
| September 19, 2008 | American to serve and file opposition to APA's motion |
| September 26, 2008 | APA to serve and file reply in support of APA's motion |

Counsel for APA has represented that this schedule is acceptable to both parties and can be submitted jointly.

Respectfully submitted,

Thomas E. Reinert, Jr.
*Counsel for American Airlines, Inc.*

cc: Edgar N. James, Esq.
 *Counsel for APA*