### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED PILOTS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES INC., )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-01335-RMC |

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for American Airlines, Inc., certify that to the best of my knowledge and belief the following are parent companies, subsidiaries or affiliates of American Airlines, Inc. which have outstanding securities in the hands of the public: AMR Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 15, 2008                 Respectfully submitted,

                                             /s/ Thomas E. Reinert, Jr.
                                             Thomas E. Reinert, Jr. (D.C. Bar # 336867)
                                             Harry A. Rissetto (D.C. Bar # 059857)
                                             Jonathan C. Fritts (D.C. Bar # 464011)
                                             MORGAN, LEWIS & BOCKIUS LLP
                                             1111 Pennsylvania Ave., N.W.
                                             Washington, DC  20004
                                             (202) 739-5084
                                             Fax: (202) 739-3001
                                             Email: treinert@morganlewis.com

                                             Counsel for Defendant
                                             AMERICAN AIRLINES, INC.