**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLIED PILOTS ASSOCIATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. AW-08-1335 |
| | * |
| AMERICAN AIRLINES, INC., | * |
| | * |
| Defendant. | * |
| | * |

*************************************************************************

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, IT IS this **17th day of August, 2009**, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Defendant's Motion for Summary Judgment (Docket No. 17) BE, and the same HEREBY IS, **GRANTED**;

2. That Plaintiff's Motion for Declaratory Judgment (Docket No. 16) BE, and the same HEREBY IS, **DENIED**;

3. That the Clerk of the Court **CLOSE** this case; AND

4. That the Clerk of the Court transmit a copy of this Order to all counsel of record.

                                                                  /s/
                                                          Alexander Williams, Jr.
                                                          United States District Judge